445 A.2d 250

Provident Nat'l Bank v. Straub, Jr., Appellant.

Argued October 6, 1981. John I. McMahon, for appellant; D. Barry Pritchard, Jr., for appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ. Order affirmed.

McEWEN, J., filed a memorandum dissenting opinion.

---

445 A.2d 251

Saracina, Appellant v. Colonial Life Insurance Co. of America.

Argued December 9, 1981. Louise Herzl–Betz, for appellant; Jeffrey G. Weil, for appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ. Affirmed.